PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00223-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JASWINDER SINGH, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorneys of record, Assistant United States Attorneys CHRISTOPHER S. HALES and ROSANNE L. RUST, and defendant JASWINDER SINGH, both individually and by and through his retained counsel, RONALD HEDDING, hereby stipulate as follows:

1. On November 29, 2021, by previous order, this matter was set for a status hearing on January 11, 2022, in front of Judge Mendez. ECF No. 31. A Speedy Trial Act exclusion of time was also found between November 29, 2021, and January 11, 2022. ECF No. 31.

2. On November 30, 2021, this case was transferred from Judge Mendez to Judge Nunley on a related cases order and all scheduled dates, including the January 11th status hearing, were vacated. ECF No. 32.

3. By this stipulation, defendant now moves to reset the previously vacated status hearing from January 11, 2022, at 9:30 a.m. in front of Judge Mendez to January 6, 2022, at 9:30 a.m. in front of

Judge Nunley.  Defendant also moves to exclude time (to the extent a further exclusion is warranted based on the vacation of the previous hearing date) between December 2, 2021, and January 6, 2022, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

4. The parties agree and stipulate, and request that the Court find the following:

a) The Information in this case was filed on November 16, 2021.  ECF No. 26.

b) Defendant was arraigned on the Information on November 29, 2021, and after that hearing, the government produced additional discovery for defendant to review with his attorney pursuant to the parties' Protective Order.

c) Counsel for defendant needs time to review the recently produced discovery, and to discuss it with his client.

d) Further, defense counsel requests additional time given his commitments in other cases.  Defense counsel also has personal or familial obligations that further impact his availability between December 2, 2021, and January 6, 2022.

e) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny his client continuity of counsel.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 2, 2021 to January 6, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: December 2, 2021 | | PHILLIP A. TALBERT<br>Acting United States Attorney |
|---|---|---|
| | By: | /s/ ROSANNE L. RUST<br>ROSANNE L. RUST<br>CHRISTOPHER S. HALES<br>Assistant United States Attorneys |
| Dated: December 2, 2021 | By: | /s/ RONALD HEDDING<br>Attorney for Defendant<br>JASWINDER SINGH |

## ORDER

The Court has read and considered the parties' Stipulation. The Court hereby finds that the Stipulation, which the Court incorporates by reference into this Order, demonstrates facts that provide a basis to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4]. The Court further resets the status hearing in this case to January 6, 2022, at 9:30 a.m. Time is excluded under the Speedy Trial Act between December 2, 2021, and January 6, 2022.

IT IS SO ORDERED.

DATED: December 3, 2021

Troy L. Nunley
United States District Judge