PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JASWINDER SINGH,<br><br>　　　　　　　　Defendant. | CASE NO. 2:21-CR-00223-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |

　　　　Plaintiff United States of America, by and through its attorneys of record, Assistant United States Attorneys CHRISTOPHER S. HALES and ROSANNE L. RUST, and defendant JASWINDER SINGH, both individually and by and through his retained counsel, RONALD HEDDING, hereby stipulate as follows:

　　　　1.　　On November 29, 2021, by previous order, this matter was set for a status hearing on January 11, 2022, in front of Judge Mendez. ECF No. 31. A Speedy Trial Act exclusion of time was also found between November 29, 2021, and January 11, 2022. ECF No. 31.

　　　　2.　　On November 30, 2021, this case was transferred from Judge Mendez to Judge Nunley on a related cases order and all scheduled dates, including the January 11th status hearing, were vacated. ECF No. 32.

　　　　3.　　By prior stipulation, defendant moved to reset the previously vacated status hearing from January 11, 2022, at 9:30 a.m. in front of Judge Mendez to January 6, 2022, at 9:30 a.m. in front of

Judge Nunley.  Defendant also moved to exclude time, ECF No. 34, and the Court entered an order resetting the hearing on January 6, 2022, and excluding time.  ECF No. 35.

4. By this stipulation, defendant now moves to reset the January 6, 2022 hearing, and reschedule it for January 27, 2022, and to exclude time between January 6, 2022, and January 27, 2022, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

5. The parties agree and stipulate, and request that the Court find the following:

a) The Information in this case was filed on November 16, 2021.  ECF No. 26.

b) Defendant was arraigned on the Information on November 29, 2021, and after that hearing, the government produced additional discovery for defendant to review with his attorney pursuant to the parties' Protective Order.

c) Counsel for defendant needs additional time to review the previously produced discovery, and to discuss it with his client.

d) Further, defense counsel requests additional time given his commitments in other cases, including several other matters that are set in other jurisdictions in January 2022.

e) Defendant also requires the assistance of a Punjabi court certified interpreter for all court appearances and no such interpreters appear to be available until later in January 2022.

f) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny his client continuity of counsel.

g) The government does not object to the continuance.

h) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

i) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 6, 2022 to January 27, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best

interest of the public and the defendant in a speedy trial.

6.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 3, 2022                           PHILLIP A. TALBERT
                                                  United States Attorney

                                              By: /s/ ROSANNE L. RUST
                                                  ROSANNE L. RUST
                                                  CHRISTOPHER S. HALES
                                                  Assistant United States Attorneys

Dated:  January 3, 2022                       By: /s/ RONALD HEDDING
                                                  Attorney for Defendant
                                                  JASWINDER SINGH

### ORDER

The Court has read and considered the parties' Stipulation.  The Court hereby finds that the Stipulation, which the Court incorporates by reference into this Order, demonstrates facts that provide a basis to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].  The Court further resets the status hearing in this case to January 27, 2022, at 9:30 a.m.  Time is excluded under the Speedy Trial Act between January 6, 2022, and January 27, 2022.

IT IS SO ORDERED this 4th day of January, 2022.

_____
Troy L. Nunley
United States District Judge