PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-223 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING |
| v. | |
| JASWINDER SINGH, | |
| Defendant. | |

Pursuant to an agreement between the parties, and the probation officer, Defendant Jaswinder Singh, respectfully requests the Court to continue sentencing to June 9, 2022, at 9:30 a.m. and to adopt the following schedule for disclosure and sentencing in the above-referenced matter:

///
///
///
///
///
///
///

1

| Judgment and sentencing date: | June 9, 2022 at 9:30 a.m. |
|---|---|
| Any sentencing memoranda to be filed not later than: | June 2, 2022 |
| Motion for correction of the final pre-sentence report/formal objections to be filed no later than: | May 26, 2022 |
| A final pre-sentence report with responses to informal objections shall be filed with the court and disclosed to counsel no later than: | May 19, 2022 |
| Counsel's written informal objections to the draft pre-sentence report shall be delivered to the Probation Officer and opposing counsel no later than: | May 12, 2022 |
| The draft pre-sentence report is due no later than: | April 28, 2022 |

Dated:  March 18, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated:  March 18, 2022

By: /s/ RON HEDDING
RON HEDDING
Counsel for defendant
Jaswinder Singh

## ORDER

IT IS SO ORDERED this 22nd day of March, 2022.

Troy L. Nunley
United States District Judge